```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )    2:08-cr-0032-GEB
                                     )
12                 Plaintiff,        )
                                     )
13        v.                         )    RELATED CASE ORDER
                                     )
14  BARRY HOLLAND,                   )
                                     )
15                 Defendant.        )
                                     )
16                                   )
    UNITED STATES OF AMERICA,        )    2:08-cr-0340-EJG
17                                   )
                   Plaintiff,        )
18                                   )
          v.                         )
19                                   )
    SHELDON MORRIS,                  )
20                                   )
                   Defendant.        )
21                                   )
```

On July 23, 2008, the United States filed a "Notice of Related Cases" in which it states that the "two above-captioned cases are related as defined by Local Rule 83-123(a)" in that "[b]oth cases involve many of the same parties, similar claims, many of the same transactions, as well as similar questions of law and fact."

Examination of the above-entitled matters reveals

1

they are related within the meaning of Local Rule 83-123(a). Accordingly, the assignment of the matters to the undersigned judge is likely to achieve judicial economy.

THEREFORE action 2:08-cr-340-EJG is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other judge's initials.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  July 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge