DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
SHELDON MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON MORRIS,<br><br>Defendant. | CR-S-08-340 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SURRENDER DATE** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, S. Robert Tice-Raskin, Assistant U.S. Attorney; and, Sheldon Morris, through his attorney, David W. Dratman, that the date for Mr. Morris to surrender to the US. Marshall's office or to the institution designed for the service of his sentence scheduled for July 29, 2009 at 2:00 p.m., shall be continued to September 1, 2009 at 2:00 p.m., based upon the necessity of Mr. Morris to recover from

//
//
//
//
//
//

1  surgery as set forth in the attached letter from Dr. Bart Gershbein.

2  Dated: July 28, 2009         /s/ David W. Dratman
                                DAVID W. DRATMAN
3                               Attorney for Defendant
                                SHELDON MORRIS
4

5  Dated: July 28, 2009         LAWRENCE G. BROWN
                                ACTING UNITED STATES ATTORNEY
6

7                               By: /s/* S. Robert Tice-Raskin
                                    S. ROBERT TICE-RASKIN
8                                   Assistant U.S. Attorney
                                    *Signed with permission
9

10                              ORDER

11       Based upon the stipulation of the parties, it is ordered that the surrender date for defendant

12  Sheldon Morris be continued from July 29, 2009 at 2:00 p.m. to September 1, 2009 at 2:00 p.m.

13  Dated: July 28, 2009

14

15                              _____
                                GARLAND E. BURRELL, JR.
16                              United States District Judge