1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  SHELDON MORRIS

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,                CR-S-08-340 GEB

10               Plaintiff,                   **REQUEST TO CONTINUE
                                              SURRENDER DATE AND
11         vs.                                [PROPOSED] ORDER**

12  SHELDON MORRIS,

13               Defendant.

14

15         Defendant, Sheldon Morris, hereby requests a continuance of his surrender date from

16  September 1, 2009 to September 15, 2009 to allow him to more fully recover from prostatectomy

17  surgery that was performed on July 15, 2009.  This request is opposed by the Government.

18                              **RELEVANT FACTS**

19         On May 29, 2009, Sheldon Morris was sentenced to serve 33 months in the custody of the

20  Bureau of Prisons; and, was granted a voluntary surrender by this Court to July 29, 2009.

21         Thereafter, on July 15, 2009, Mr. Morris had prostatectomy surgery; and, his physician, Dr.

22  Bart Gershbein, stated in a memorandum dated July 21, 2009 and attached hereto as Exhibit A, that

23  Mr. Morris needed approximately a six to eight week recuperation before being considered for any

24  incarceration situation.  Dr. Gershbein stated that Mr. Morris "...needs to have his blood count come

25  back and his cardiac status evaluated."

26         On July 28, 2009, with the stipulation of the Government, this Court ordered that Mr. Morris's

27  surrender date was continued to September 1, 2009.

28         Attached hereto as Exhibit B are a memorandum dated August 16, 2009 and a handwritten

REQUEST TO CONTINUE SURRENDER DATE AND [PROPOSED] ORDER

1  letter faxed on August 26, 2009, from Dr. Bart Gershbein, stating that Mr. Morris is still in the "anemic

2  area," thereafter expressing medical concern about the anemia and the post operative chest pain

3  experienced by Mr. Morris.  The Doctor opines that the likelihood of experiencing chest pain would

4  be significantly reduced if Mr. Morris's blood count returned to normal, with a next scheduled blood

5  count on September 9, 2009.

6  **REQUEST**

7  It is requested that Mr. Morris's surrender date be continued from September 1, 2009 to

8  September 15, 2009, to permit him to more fully recover from the surgery that was performed on July

9  15, 2009.  This continuance will be eight weeks from the surgery, the outside date initially

10  recommended by Dr. Gershbein in Exhibit A for incarceration of Mr. Morris.

11  Mr. Morris is 77 years of age; and, his request to have an additional two weeks to recover from

12  surgery in accordance with his physician's initial recommendation is reasonable.

13  For the Court's information, the Government has indicated its opposition to this request; and,

14  offered to allow the matter to be placed on calendar tomorrow morning for status.  Unfortunately, the

15  undersigned is out of town tomorrow through next Wednesday.  Thus, this request is made in this

16  form.

17  It is respectfully requested that this Court sign the proposed order continuing the surrender date

18  to September 15, 2009.

19  Dated:  August 27, 2009                    /s/ David W. Dratman
                                               DAVID W. DRATMAN
20                                             Attorney for Defendant
                                               SHELDON MORRIS
21                                             ORDER

22  Based upon good cause shown, it is ordered that the surrender date for defendant Sheldon

23  Morris be continued from September 1, 2009 at 2:00 p.m. to September 15, 2009 at 2:00 p.m.

24  Dated:  August 31, 2009

25

26  GARLAND E. BURRELL, JR.
    United States District Judge

27

28

REQUEST TO CONTINUE SURRENDER DATE AND [PROPOSED] ORDER
2